■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE MURRY, Appellant.—Motion granted and decision and order entered February 25, 1977 amended by adding the following memorandum: In dismissing the indictment we have considered the unavailability of evidence by which the crimes charged in the indictment may be proved, the prejudice to defendant resulting from the lengthy delay in bringing the prosecution to trial and other factors, all of which constrain us to dismiss as a matter of discretion in the interests of justice (see *People v Clayton,* 41 AD2d 204; and cf. *People v Belkota,* 50 AD2d 118). Present—Marsh, P. J., Simons, Dillon, Goldman and Witmer, JJ.

■ LINDEN INDUSTRIAL PARK, INC., Respondent, v EMIL MULLER et al., Appellants.—Motion to dismiss appeal and for other relief denied as unnecessary; cross motion to vacate stay and for other relief denied. Memorandum: The order from which the appeal is taken denied a motion to vacate an order denying a motion for summary judgment. The more appropriate procedure at this time is to try the principal action.